THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JENNIFER BOONE and SHAWNEE
FREEMAN, each individually and on behalf
of all others similarly situated                                                    PLAINTIFFS

v.                              Case No. 4:18-cv-00499-KGB

ANTONIO SOSA, doing business as PEG
LEG RESTAURANT                                                                         DEFENDANT

## ORDER

On July 31, 2018, plaintiffs Jennifer Boone and Shawnee Freeman, each individually and on behalf of all others similarly situated, filed a complaint against their former employer, defendant Antonio Sosa, doing business as Peg Leg Restaurant, alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201 *et seq.* (Dkt. No. 1). On January 18, 2019, plaintiffs filed a motion for conditional certification, for disclosure of contact information, and to send notices (Dkt. No. 10), which the Court granted on September 19, 2019 (Dkt. No. 20). By its September 19, 2019, Order, the Court authorized a 90-day opt-in period from the date the notice was mailed (*Id.*, at 8). The parties have informally informed the Court that individuals meeting the collective definition have until January 13, 2020, to opt into this action.

This matter is currently set for trial the week of December 2, 2019 (Dkt. No. 9, ¶ 1). Accordingly, the Court removes this case from the trial calendar. The parties are ordered to confer and submit a joint status report and proposed amended scheduling order by February 12, 2020. The Court will set a new trial date and enter an amended final scheduling order by separate order.

It is so ordered this 25th day of November, 2019.

_____
Kristine G. Baker
United States District Judge