**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JENNIFER BOONE and SHAWNEE FREEMAN,**                    **PLAINTIFFS**
**Each Individually and on Behalf of all Others
Similarly Situated**

**vs.**                      **Case No. 4:18-cv-00499-KGB**

**ANTONIO SOSA d/b/a PEG LEG RESTAURANT**                    **DEFENDANT**

**JOINT NOTICE OF SETTLEMENT**

COMES NOW Plaintiffs and Defendant, by and through their undersigned attorneys, and for their Joint Notice of Settlement, the parties state as follows:

1. Following extensive negotiations, the parties have reached an agreed upon settlement that will resolve, as to liability, all Plaintiffs' claims in this matter.

2. After the filing of this Joint Notice, the parties will negotiate settlement of attorneys' fees and costs, and thereafter finalize the terms of the settlement agreement. Once finalized, the parties will submit a Joint Motion to Dismiss attaching a copy of the settlement agreement for the Court's review and approval. If attorney fees cannot be agreed upon, Plaintiffs' counsel will submit a petition for fees and costs to the Court for consideration to which Defendant shall respond, and Plaintiffs shall reply with leave by the Court.

3. The parties respectfully request that all deadlines be stayed pending final dismissal of this action. The current trial date in this matter is currently set for the week of December 7, 2020.

Jointly stipulated this 8th day of October, 2020.

Respectfully submitted,

Daniel Ford (#2014162)
Josh Sanford (# 2001037)
SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, AR   72211
Telephone:  (501) 221-0088
Facsimile:  (888) 787-2040
Email: steve@sanfordlawfirm.com
Email: josh@sanfordlawfirm.com
**ATTORNEYS FOR PLAINTIFFS**

And

Gregory J. Northen (#20111891)
Alexander D. Clark (#2017112)
CROSS, GUNTER, WITHERSPOON
   & GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Phone:  501-371-9999 / Fax:  501-371-0035
E-mail:  gnorthen@cgwg.com
E-mail:  aclark@cgwg.com
**ATTORNEYS FOR DEFENDANT**