IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **JENNIFER BOONE and SHAWNEE FREEMAN,** Each Individually and on Behalf of all Others Similarly Situated | | **PLAINTIFFS** |
| vs. | No. 4:18-cv-499-KGB | |
| **ANTONIO SOSA d/b/a PEG LEG RESTAURANT** | | **DEFENDANTS** |

### JOINT NOTICE OF REMAINING SETTLEMENT

The purpose of this Joint Notice of Remaining Settlement is to apprise the Court that Plaintiffs and Defendant have reached a settlement in principle that will resolve Plaintiffs' claims for attorneys' fees and costs in the lawsuit. The Parties are in the process of finalizing complete settlement documents and expect to file their dismissal papers as to all claims within 21 days from the filing of this Joint Notice of Remaining Settlement. Due to the Parties' agreement, a petition for attorneys' fees and costs is no longer forthcoming.

Respectfully submitted,

**JENNIFER BOONE and SHAWNEE FREEMAN, Each Individually and on Behalf of all Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and  **DEFENDANT ANTONIO SOSA, d/b/a PEG LEG RESTAURANT**

CROSS, GUNTER, WITHERSPOON
& GALCHUS, P.C.
500 President Clinton Avenue, Suite 200
Little Rock, Arkansas 72201
Phone:  501-371-9999
Facsimile:  501-371-0035

Gregory J. Northen
Ark. Bar No. 20111891
gnorthen@cgwg.com

*/s/ Alexander D. Clark*
Alexander D. Clark
Ark. Bar No. 2017112
aclark@cgwg.com